USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/9/2026

TAU

J. Evan Shapiro, Esq.
626 Wilshire Blvd., Suite 1100
Los Angeles, CA 90017
Tel: (310) 590 3927
eshapiro@taulersmith.com

July 8, 2026

**VIA ECF & EMAIL**

Hon. Analisa Torres, U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Letter Motion Seeking Adjournment of Deadline to File Joint Letter & Proposed Case Management Plan in *Loshkareva v. The Juice Press LLC*, 26 Civ. 3857 (AT)**

Dear Judge Torres:

The undersigned represents Plaintiff Ekaterina Loshkareva ("Plaintiff") in *Loshkareva v. The Juice Press LLC*, 26 Civ. 3857 (AT).

Plaintiff filed the Complaint in this action on Friday, May 8, 2026. ECF No. 1. Due to a number of clerical errors Plaintiff made in the filing process, she refiled the Complaint on Monday, May 11, 2026. ECF No. 5. The Summons and Complaint were served on Defendant The Juice Press LLC ("Juice Press") on May 14, 2026. Service was made upon Juice Press' registered agent for service of process in Delaware, the state of Juice Press' formation. ***To date, counsel for Juice Press has not appeared in this action***. At this time Plaintiff does ***not*** intend to move for default, believing that

Additionally, Plaintiff attempted service on what is publicly stated by Juice Press as its primary place of business, 7 W. 18th Street, 6th Floor, New York, NY 10011. *See* https://www.linkedin.com/company/juicepress (last visited July 8, 2026). Plaintiff was unsuccessful and it appeared to the process server that Juice Press had vacated the location. Based on this information, and other information available online, Plaintiff has determined that another entity related to Juice Press, Juice Press 34th Street, LLC, may be involved in the events discussed in the Complaint. Moreover, that entity, a New York limited liability company, has a registered agent for service of process in New York, New York. Accordingly, ***Plaintiff intends to file an amended complaint adding Juice Press 34th Street, LLC***. Following such filing, Plaintiff will serve the entity in New York through its registered agent.

In light of the above circumstances, Plaintiff requests that the date set forth in the Court's Initial Pretrial Scheduling Order dated May 14, 2026 (ECF No. 7) for submission of the joint

letter and jointly proposed Case Management Plan ***be adjourned***. **The original (and current) date for such submission is July 13, 2026.** Plaintiff has made no previous requests for an adjournment. As stated above, to date, counsel for Juice Press has not appeared in this action. Moreover, no one has reached out to Plaintiff's counsel on Juice Press' behalf.

Plaintiff requests that the Court adjourn the July 13, 2026 date for two months, to September 15, 2026, to permit Plaintiff to serve her intended First Amended Complaint (to be filed this week) on Juice Press and Juice Press 34th Street, LLC and to permit those two entities to review the allegations in the FAC.

Submitted,

J. Evan Shapiro
Tauler Smith LLP
*Attorneys for Plaintiff Ekaterina Loshkareva*

GRANTED. By **September 15, 2026**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ANALISA TORRES
United States District Judge