TA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

626 Wilshire Blvd., Suite 1100
Los Angeles, CA 90017
Tel: (310) 590-3927
eshapiro@taulersmith.com

October 5, 2026

**VIA ECF & EMAIL**

Hon. Analisa Torres, U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Letter Motion Seeking Continuance of Dates in *Loshkareva v. The Juice Press LLC*, 1:26-cv-03857-AT**

Dear Judge Torres:

The undersigned represents Plaintiff Ekaterina Loshkareva ("Plaintiff") in *Loshkareva v. The Juice Press LLC*, 1:26-cv-03857-AT.

This letter is submitted pursuant to the Court's Notice of Initial Pretrial Conference (ECF No. 5), as amended by the Court's Order issued on May 14, 2026 (ECF No. 7), and by its Order issued on July 10, 2026 (ECF No. 11), and its Order issued on September 14, 2026 (ECF No. 16).

The Court ordered that the parties submit a joint letter and jointly proposed Case Management Plan and Scheduling Order by **July 13, 2026**. On July 8, 2026, counsel for Plaintiff filed a letter motion (ECF No. 10), which the Court granted on July 10, 2026 (ECF No. 11), explaining that she had not received any response from Defendant The Juice Press LLC, and that she intended to amend the Complaint to include an additional related defendant, Juice Press 34th Street, LLC, and serve the First Amended Complaint on both named Defendants. She therefore requested, and the Court agreed to, an extension of the Case Management Plan and Scheduling Order from **July 13, 2026, to September 15, 2026**.

On September 11, 2026, after the Defendants had been served with the FAC, the Parties filed a letter motion (ECF No. 15) requesting an extension of the due date for the joint letter and jointly proposed Case Management Plan and Scheduling Order from September 15, 2026 to December 8, 2026. On September 14, 2026, the Court granted an extension of the due date to today, **October 5, 2026**.

On September 30, 2026, Plaintiff filed a letter motion (ECF No. 17), requesting leave to file a **Second** Amended Complaint by October 6, 2026, and that Defendants' response to the

SAC be extended to November 3, 2026. The Court granted the letter motion on October 1, 2026. (ECF No. 18).

Today counsel for Plaintiff was advised that counsel for the named Defendants will be withdrawing their representation within the next few days, and that Defendants will require thirty (30) days to obtain new counsel.

Based on these developments, counsel for Plaintiff requests that the Court extend the following deadlines by 30 days, from today, **October 5, 2026,** to **November 4, 2026**:

(1) Deadline for Plaintiff and Defendant to file a Proposed Case Management Plan and Scheduling Order; and

(2) Deadline for Plaintiff and Defendant to file Notice of Consent or Non-Consent to Proceed Before Magistrate Judge.

Counsel for Plaintiff seeks these extensions because it has not had the opportunity to engage in substantive meeting-and-conferring with withdrawing counsel for Defendants to prepare a proposed case management plan or scheduling order, or to discuss the case being assigned to a magistrate judge.

Respectfully submitted,

J. Evan Shapiro

GRANTED. By **November 4, 2026**, the parties shall file their proposed case management plan and inform the Court whether they consent to the jurisdiction of a magistrate judge. All future requests for extension of time shall comply with Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ANALISA TORRES
United States District Judge