USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EKATERINA LOSHKAREVA, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

THE JUICE PRESS LLC, a Delaware limited liability company; JUICE PRESS 34TH STREET, LLC, a New York limited liability company; and DOES 1 through 10, inclusive,

Defendants.

26 Civ. 3857 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 1, 2026, the Court granted Plaintiff leave to file her second amended complaint by October 6, 2026. *See* ECF No. 19. Plaintiff has not filed the second amended complaint.

Accordingly, by **October 13, 2026**, Plaintiff shall file the second amended complaint. By **November 10, 2026**, defendants shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: October 8, 2026
New York, New York

ANALISA TORRES
United States District Judge